FILED

MAY 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MELVIN BROWN II,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>GEORGE SMITH, Officer,<br><br>　　　　Defendant-Appellant,<br><br>　and<br><br>CITY OF SAN DIEGO, a municipal corporation; et al.,<br><br>　　　　Defendants. | No.　18-56481<br><br>D.C. No.<br>3:17-cv-00600-H-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

　　　Pursuant to the stipulation of the parties (Docket Entry No. 11), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and fees on appeal.

　　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　　By: Jonathan Westen
　　　　　　　　　　　　　　　　　Circuit Mediator

JW/Mediation